IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 PROCEEDING |
| | : | |
| LYDIA D. REESE | : | CASE NO:  20-10520 aec |
| | : | |
| Debtor(s) | : | |
| | : | |

**NOTICE OF MOTION TO AVOID LIEN**

    LYDIA D. REESE, DEBTOR IN THE ABOVE-STYLED BANKRUPTCY MATTER, HAS FILED PAPERS WITH THE COURT TO AVOID A JUDICIAL LIEN.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. <u>If you do not have an attorney, you may wish to consult one</u>. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **July 16, 2020,** pursuant to FRBP 9006(f).  If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, Georgia 31202
478-752-3506

**If an objection or response is filed, a hearing on the motion shall be held on:**

<u>Tuesday, August 4, 2020 at 2:00 P.M.,
at the C. B. King United States Courthouse, 2nd Floor, 201 W. Broad Avenue, Albany, Georgia  31701.</u>

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to L.B.R. 9007-1(c).

This 25th day of June, 2020.

                                              /s/ F. Anthony Blakey
                                              F. ANTHONY BLAKEY
                                              GA State Bar No.: 061817
                                              Attorney for Debtor(s)
                                              Kelley, Lovett, Blakey & Sanders, P.C.
                                              P.O. Box 70879
                                              Albany, GA 31708
                                              (229) 888-9128
                                              jfreeman@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re | : | BANKRUPTCY CASE |
| LYDIA D. REESE | : | NO. 20-10520 aec |
| Debtor(s) | : | |
| and | : | |
| LYDIA D. REESE | : | CASE FILED UNDER CHAPTER 13 |
| Movant(s) | : | |
| vs. | : | |
| COLLECTIONS & BILLING SERVICE, INC., DBA CBV COLLECTIONS, INC., PHOEBE PUTNEY MEMORIAL HOSPITAL | : | MOTION TO AVOID JUDICIAL LIEN |
| Respondent. | : | |

The debtor/movant in the above-styled action and under the authority of the United States Bankruptcy Code, Section 522(f), moves the Court for an order as follows:

1.

The debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on June 15, 2020.

2.

Respondent possesses a judgment against the debtor and has recorded a judicial lien against all of the debtor's real and personal property. The judicial lien is recorded in Case No. 2019-1407CC, the Magistrate Court of Dougherty County, Georgia.

3.

The debtor is entitled to exempt certain property and there is no excess equity in any of the debtor's property that is not otherwise exemptible. Therefore, this judicial lien impairs the debtor's ability to claim exemptions in real and personal property to which the debtor is entitled.

WHEREFORE, the debtor prays that the Court enter an order granting this motion and avoiding the fixing of the judicial lien on or against any property of the debtor both real and personal.

/s/ F. Anthony Blakey
F. ANTHONY BLAKEY
GA State Bar No.: 061817
Attorney for Debtor(s)
Kelley, Lovett, Blakey & Sanders, P.C.
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
jfreeman@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 PROCEEDING |
| | : | |
| LYDIA D. REESE | : | CASE NO:  20-10520 aec |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATION OF SERVICE

I certify that I served a true copy of the within Motion to Avoid Judicial Lien and Notice on the party against whom relief is sought to those listed below.  Those not served electronically were served by first class mail, this 25th day of June 2020.

Lydia D. Reese
2415 Dawson Road, Apt. Y-2
Albany, GA  31707

Collections & Billing Service, Inc.
dba CBV Collections, Inc.
Phoebe Putney Memorial Hospital
c/o Michael C. Hall
P.O. Box 70398
Albany, GA  31708

Magistrate Court of Dougherty County
P. O. Box 1827
Albany, GA  31702-1827

Kristin Hurst
Chapter 13 Trustee
P. O. Box 1907
Columbus, GA  31902

/s/ F. Anthony Blakey
F. Anthony Blakey
Attorney for Debtor(s)